1

2

3                                                      O

4

5

6

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11  ELIJAH CLAY,              )    Case No. CV 04-08663-VAP
                              )    (AJW)
12            Petitioner,     )
                              )    **ORDER DENYING PETITION FOR**
13       v.                   )    **WRIT OF HABEAS CORPUS FILED**
                              )    **BY A STATE PRISONER AND**
14  A P KANE, Warden,         )    **DISMISSING ACTION WITH**
                              )    **PREJUDICE**
15            Respondent. )
    _____ )    **[Petition filed on October**
16                                 **19, 2004]**

17

18       On March 9, 2007, the Court granted Petitioner's Writ

19  of Habeas Corpus.  (Doc. No. 29.)  Respondent appealed

20  the Court's order to the Ninth Circuit Court of Appeals

21  (see Doc. No. 30.), which affirmed, see Clay v. Kane, 384

22  F. App'x 544 (2010).  Respondent then appealed to the

23  United States Supreme Court, which reversed the judgment,

24  Swarthout v. Cooke, 562 U.S. ___, 131 S. Ct. 859 (2011)

25  (per curiam).  In light of Cooke, the Ninth Circuit

26  vacated the judgment of this Court and remanded the

27  action.  (Order (Doc. No. 42).)

28

1    In <u>Cooke</u>, the Supreme Court held that as "[t]here is

2 no right under the Federal Constitution to be

3 conditionally released before the expiration of a valid

4 sentence, and the States are under no duty to offer

5 parole to their prisoners," federal courts may review

6 only whether the California-created liberty interest in

7 parole satisfies the "minimal" procedural requirements of

8 the Due Process Clause.  <u>Cooke</u>, 131 S. Ct. at 862.  In

9 other words, "[b]ecause the only federal right at issue

10 is procedural, the relevant inquiry is what process . . .

11 Clay received, not whether the state court decided the

12 case correctly."  <u>Id.</u> at 863.  The Supreme Court held

13 that Clay had received adequate process as a matter of

14 law.  <u>Id.</u> at 862.  The Court therefore DENIES the

15 Petition for a Writ of Habeas Corpus, and DISMISSES the

16 action WITH PREJUDICE.

17

18

Dated: <u>August 31, 2012 </u>

19                              _____
                                    VIRGINIA A. PHILLIPS
20                              United States District Judge

21

22

23

24

25

26

27

28