**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH CLAY, ) | Case No. CV 04-08663 VAP (AJW) |
| Petitioner, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| A P KANE, Warden, ) | |
| Respondent. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>August 31, 2012</u>

                                        VIRGINIA A. PHILLIPS
                              United States District Judge